**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02792-GPG

MIGUEL LUCIANO,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 8) is granted and the clerk of the court is directed to file the Prisoner Complaint (ECF No. 8-1) tendered to the court on February 8, 2016.   Plaintiff's Motion for Appointment of Counsel (ECF No. 9) is denied at this time.   The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 10) is denied as moot.

Dated:   February 9, 2016