# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02792-NYW

MIGUEL LUCIANO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

## ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED:

    1. The court shall hold a Status Conference on:

**April 5, 2016 at 9:30 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    2. The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**March 18, 2016**

    3. **Plaintiff and his case manager shall contact the court at (303) 335-2600 on April 5, 2016 at 9:30 a.m. in order to participate in the Status Conference**.

    IT IS FURTHER ORDERED that a copy of this Order is to be sent to the following:

CASE MANAGER FOR
MIGUEL LUCIANO #74318-053
CANAAN
U.S. PENITENTIARY
Inmate Mail/Parcels
PO BOX 300
WAYMART, PA 18472

DATED: February 16, 2016          BY THE COURT:

                                  s/Nina Y. Wang_____
                                  United States Magistrate Judge